# EXHIBIT "2"

COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE
PENNSYLVANIA HUMAN RELATIONS COMMISSION

## SECOND COMPLAINT

COMPLAINANT:                                    :
                                                :
**STEPHANIE SENA**                              :        Docket No.
                                                :
v.                                              :
                                                :
RESPONDENTS:                                    :
                                                :
**VILLANOVA UNIVERSITY**                        :
                                                :
and                                             :
                                                :
**MARK ALEXANDER, aider and abettor**           :
                                                :

1.  The Complainant herein is:

    Name:              Stephanie Sena

    Address:           ███████████

2.  The Respondents herein are:

    Names:             Villanova University ("Respondent University") and Mark
                       Alexander ("Respondent Alexander"), aider and abettor
                       (collectively, "Respondents")

    Address:           800 E. Lancaster Avenue
                       Villanova, PA 19085

3.  I, Stephanie Sena, the Complainant herein, allege that I was subjected to unlawful

retaliation because of my complaints of and objections to race discrimination, as set forth below.

## Retaliation

**A. I specifically allege:**

[1]       On June 25, 2024, I filed my first PHRC Complaint.

[2]       On June 25, 2024, following the above, in an email to Jennifer Derry, Assistant Vice President, Human Resources, copying Aisha Cooper Faust, Human Resources, Mark Alexander, Dean of the Law School, Craig Wheeland, Senior Vice Provost for Academics, Ariella Robbins, Assistant Vice President for Diversity, Equity and Inclusion, I attached a copy of my first PHRC Complaint and stated the following: "As a courtesy, I want to inform you that I have filed a Complaint of retaliation with the Pennsylvania Human Relations Commission, a copy of which is attached.  Thank you."

[3]       I received no response to my above email.

[4]       On July 30, 2024, in a letter from Wheeland, Respondents terminated my employment, effective immediately.  The stated reason was student complaints.  The letter contained false statements and misrepresentations.

[5]       On July 31, 2024, in an email to Wheeland, copying Alexander, Derry, Cooper Faust, and Robbins, I stated the following: "I disagree with your statements and your decision to terminate my employment. Your termination letter includes false statements and misrepresentations. In early June, I provided HR with evidence rebutting each of the allegations you make in your letter. Further, I have taught at Villanova University for over 21 years, and in that time have received awards and promotions for my teaching. I believe that I am being retaliated against for objecting to and complaining of race discrimination and filing a PHRC Complaint."

[6]       I received no response to my above email.

[7]        Respondents failed to remedy or prevent the race discrimination and retaliation at Respondent University.

[8]        Respondents investigated me because of my race discrimination complaints and/or my objections to race discrimination.

[9]        Respondents terminated my employment because of my race discrimination complaints and/or my objections to race discrimination and/or my filing a PHRC Complaint.

[10]        Respondents' retaliatory conduct and comments have caused me emotional distress.

[11]        Respondent Alexander aided and abetted Respondent University in retaliating against me based on my race discrimination complaints.

**B.**  Respondent has retaliated against me because of my complaints of and objections to race discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), the Pennsylvania Human Relations Act, as amended, 43 P.S. § 951, *et seq.* ("PHRA"), and Section 1981 of the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1981, *et seq.* ("1981").

4.        The allegations in Paragraph 3 hereof constitute unlawful discriminatory practices in violation of:

   __X__        **Pennsylvania Human Relations Act (Act of October 27, 1955, P.L. 744, as amended) Section 5 Subsection(s):  __(d)__**

   ____        Section 5.1 Subsection(s) _____

   ____        Section 5.2 Subsection(s) _____

_____       Pennsylvania Fair Educational Opportunities Act (Act of July 17, 1961, P.L. 766, as amended) Section 4 Subsection(s) _____

5.     Other action based upon the aforesaid allegations has been instituted by the Complainant in any court or before any other commission within the Commonwealth of Pennsylvania as follows:

    **_X_**      **This charge will be referred to the EEOC for the purpose of dual filing.**

6.     The Complainant seeks that Respondents be required to:

(a) Make the Complainant whole.

(b) Eliminate all unlawful discriminatory practice(s) and procedure(s).

(c) Remedy the discriminatory effect of past practice(s) and procedure(s).

(d) Take further affirmative action necessary and appropriate to remedy the violation complained of herein.

(e) Provide such further relief as the Commission deems necessary and appropriate.

## <u>VERIFICATION</u>

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 P.A.C.A. Section 4904, relating to unsworn falsification to authorities.


08/13/2024
_____
(Date Signed)

_____
(Signature)    Stephanie Sena