# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SENA** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| | : | |
| **VILLANOVA UNIVERSITY** | : | **NO.: 26-cv-0679** |
| | : | |

## <u>O R D E R</u>

      **AND NOW**, this **12**th day of **FEBRUARY 2026**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

      **ORDERED** that the above captioned case is reassigned from the calendar of the Honorable John R. Padova to the calendar of the Honorable Kelley Brisbon Hodge for further proceedings.

      **FOR THE COURT:**


**WENDY BEETLESTONE**
**Chief Judge**


**ATTEST:**

  **/s/George Wylesol**       
**GEORGE WYLESOL**
**Clerk of Court**