**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SENA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **VILLANOVA UNIVERSITY** | : | **NO.: 26-cv-0679** |

**O R D E R**

**AND NOW**, this **28th** day of **APRIL 2026**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Kelley Brisbon Hodge to the calendar of the Honorable Kai N. Scott for further proceedings.

FOR THE COURT:


**WENDY BEETLESTONE**
**Chief Judge**


**ATTEST:**

  /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**