

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | (215) 545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | (856) 854-4000 | |
| 5 Penn Plaza | Suite 1946 | New York, NY 10001 | (917) 985-7761 | |

Kevin Console, Esq.
kevinconsole@consolelaw.com
Fax: (215) 689-4137

August 3, 2026

**VIA ECF**
The Honorable Kai N. Scott
U.S.D.C. of the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> **Re:    Sena, Stephanie v. Villanova University**
> **Civil Action No.: 2:26-cv-00679**

Dear Judge Scott,

Pursuant to the Court's June 24, 2026 Order (ECF 20), the parties write jointly to inform the Court that the parties participated in a mediation with Judge Thomas Rueter (Ret.) on July 28th, which the parties will be continuing with Judge Rueter on August 20th. The parties respectfully request that they be permitted additional time, through August 20th, to focus on potential resolution, and that we be permitted to provide another status update to the Court on or before August 27th.

Respectfully Submitted,

*s/Kevin Console*　　　　　　　　　　*s/Jessica Richabaugh*
KEVIN CONSOLE, ESQ.　　　　　　JESSICA RICHABAUGH, ESQ.

*Counsel for Plaintiff*　　　　　　　　*Counsel for Defendant*

KC/omw

cc: counsel