CONSOLE MATTIACCI LAW

*Fighting For Employee Rights for Over 30 Years*

1525 Locust Street 9th Floor Philadelphia, PA 19102 (215) 545-7676 www.ConsoleLaw.com
110 Marter Avenue Suite 502 Moorestown, NJ 08057 (856) 854-4000
5 Penn Plaza Suite 1946 New York, NY 10001 (917) 985-7761

Kevin Console, Esq.
kevinconsole@consolelaw.com
Fax: (215) 689-4137

August 27, 2026

**VIA ECF**
The Honorable Kai N. Scott
U.S.D.C. of the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: Sena, Stephanie v. Villanova University**
**Civil Action No.: 2:26-cv-00679**

Dear Judge Scott,

The parties in the above-referenced matter jointly submit this status report in accordance with the Court's August 4, 2026 Order (ECF 23), to inform the Court that the parties' efforts towards resolution have been unsuccessful. Further, the parties agree that some discovery and depositions will be needed before productive settlement discussions can occur. Accordingly, at this time the parties respectfully request a conference with the Court to discuss a scheduling order and the preliminary discovery issues noted in the parties' June 16, 2026 status report (Doc. No. 17).

Respectfully Submitted,

*s/ Kevin Console*
KEVIN CONSOLE, ESQ.

*Counsel for Plaintiff*

*s/ Jessica Richabaugh*
JESSICA RICHABAUGH, ESQ.

*Counsel for Defendant*

KC/amr

cc: counsel