CONSOLE MATTIACCI LAW

*Fighting For Employee Rights for Over 30 Years*

1525 Locust Street 9th Floor Philadelphia, PA 19102 (215) 545-7676 www.ConsoleLaw.com
110 Marter Avenue Suite 502 Moorestown, NJ 08057 (856) 854-4000
5 Penn Plaza Suite 1946 New York, NY 10001 (917) 985-7761

Kevin Console, Esq.
kevinconsole@consolelaw.com
Fax: (215) 689-4137

November 9, 2026

**VIA ECF**
The Honorable Kai N. Scott
U.S.D.C. of the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: Sena, Stephanie v. Villanova University**
**Civil Action No. : 2:26-cv-00679**

Dear Judge Scott,

Our firm represents the Plaintiff, Stephanie Sena, in the above-captioned matter. I am writing on behalf of the parties to advise the Court that this matter has been resolved. The parties respectfully and jointly request that the Court enter a dismissal order pursuant to Local Rule 41.1(b).

Thank you for Your Honor's attention to this matter.

Respectfully Submitted,

KEVIN CONSOLE, ESQ.

KC/amr

cc: counsel